UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONQUIL THOMAS-WEISNER,<br><br>      Petitioner,<br><br>      v.<br><br>STU SHERMAN,<br><br>      Respondent. | Case No. LACV 17-349-R (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's

Report and Recommendation, Petitioner's Objections and the remaining record, and has made a

*de novo* determination.

Petitioner's Objections lack merit for the reasons stated in the Report and

Recommendation.

Accordingly, IT IS ORDERED THAT:

1.  The Report and Recommendation is approved and accepted;

///

///

///

///

1    2.    Judgment be entered denying the Petition and dismissing this action with

2          prejudice; and

3    3.    The Clerk serve copies of this Order on the parties.

4

5

     DATED:  June 28, 2019    _____

6                             HONORABLE R. GARY KLAUSNER
                              UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28