# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONQUIL THOMAS-WEISNER,<br><br>               Petitioner,<br><br>      v.<br><br>STU SHERMAN,<br><br>               Respondent. | Case No. LACV 17-349-R (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 28, 2019

                                                                _____
                                                                HONORABLE R. GARY KLAUSNER
                                                                UNITED STATES DISTRICT JUDGE